| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Richard A. Solomon, Esq., Bar No. 82923<br>SOLOMON, GRINDLE, SILVERMAN & WINTRINGER, APC<br>12651 High Bluff Drive, Suite 300<br>San Diego, CA 92130<br>TEL: (858) 793-8500<br>FAX: (858) 793-8263<br>richard@sgsslaw.com<br><br>*Attorney for* Secured Creditor, E*Trade Mortgage Corp. | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re: ROWAN FERRERIA CARVAJAL and JOAN VILLANUEVA CARVAJAL,<br><br>                                                              Debtor. | CHAPTER 13<br><br>CASE NUMBER 6:10-bk-12531-MJ<br><br>DATE: APRIL 12, 2010<br>TIME: 1:30 P.M.<br>COURTROOM: 301 |
|---|---|

### NOTICE OF MOTION FOR:

MOTION FOR RECONSIDERATION OF ORDER TO AVOID LIEN OF E*TRADE MORTGAGE CORP.

*(Specify name of Motion)*

1. TO: THE HONORABLE MEREDITH A. JURY, ALL PARTIES OF INTEREST AND THEIR RESPECTIVE COUNSEL OF RECORD

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

**Hearing Date:** APRIL 12, 2010    **Time:** 1:30 P.M.    **Courtroom:** 301    **Floor:**

   ☐  255 East Temple Street, Los Angeles          ☐  411 West Fourth Street, Santa Ana
   ☐  21041 Burbank Boulevard, Woodland Hills    ☐  1415 State Street, Santa Barbara
   X  3420 Twelfth Street, Riverside

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response with the Bankruptcy Court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the Judge's self-calendaring procedures.

Dated: MARCH 18, 2010

SOLOMON, GRINDLE, SILVERMAN & WINTRINGER, APC
*Law Firm Name*

By: _____

Name: Richard A. Solomon, Esq.
*Attorney for Movant*
Secured Creditor, E*Trade

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-1.1**
F901311

Notice of Motion (with Hearing)- Page 2

F9013-1.1

| In re:<br>ROWAN FERRERIA CARVAJAL and JOAN VILLANUEVA CARVAJAL,<br>Debtor(s). | CHAPTER: 13<br>CASE NUMBER: 6:10-bk-12531-MJ |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
12651 High Bluff Drive, Suite 300, San Diego, CA 92130

A true and correct copy of the foregoing document described **NOTICE OF MOTION FOR RECONSIDERATION OF ORDER TO AVOID LIEN; MOTION FOR RECONSIDERATION OF ORDER TO AOVID LIEN AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT; DECLARATION OF REICHARD SOLOMON IN SUPPORT OF MOTION FOR RECONSIDERATION OF ORDER TO AVOID LIEN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On March 18, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

## SEE ATTACHED SERVICE LIST

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

March 18, 2010        Meg Minnick        /s/ Meg Minnick
Date                  Type Name          Signature

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                           F 9013-1.1

Notice of Motion (with Hearing)- Page 3

F9013-1.1

| In re:<br>ROWAN FERRERIA CARVAJAL and JOAN VILLANUEVA CARVAJAL,<br>Debtor(s). | CHAPTER: 13<br>CASE NUMBER: 6:10-bk-12531-MJ |
|---|---|

## SERVICE INFORMATION

**Debtors:**
Rowan Ferreria Carvajal
9860 Shadow Mountain Drive
Moreno Valley, CA 92557-3530

Joan Villanueva Carvajal
9860 Shadow Mountain Drive
Moreno Valley, CA 92557-3530

**Debtors' Attorney:**
Gregory J. Doan, Esq.
DOAN LAW FIRM, LLP
25401 Cabot Road, Suite 119
Laguna Hills, CA 92653

**Chapter 13 Trustee:**
Rod (MJ) Danielson
4361 Latham Street, Suite 270
Riverside, CA 92501

**U.S. Trustee:**
Office of the U.S. Trustee (RS)
3685 Main Street, Suite 300
Riverside, CA 92501

**Chambers Courtesy Copy**
Honorable Meredith A. Jury
Courtroom 301
U.S. Bankruptcy Court
Central District of California, Riverside
3420 Twelfth Street
Riverside, CA 92501
(Chambers Copies)

///

///

///

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-1.1

Notice of Motion (with Hearing)- Page 4

F9013-1.1

| In re:<br>ROWAN FERRERIA CARVAJAL and JOAN VILLANUEVA CARVAJAL,<br>Debtor(s). | CHAPTER: 13<br>CASE NUMBER: 6:10-bk-12531-MJ |
|---|---|

**Counsel for PNC Bank, N.A. and Deutsche Bank National Trust Company, as Trustee for First Franklin Mortgage Loan Trust 2006-FF9, Mortgage Pass-Through Certificates, Series 2006-FF9**
Balpreet K. Thiara, Esq.
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA  92177-0933

Home Loan Services, Inc. dba NationPoint Loan Services
Agent for Service of Process
CT Corporation System
818 West Seventh Street
Los Angeles, CA  90017

Home Loan Services, Inc. dba NationPoint Loan Services
Attn: Nanette Stevens (VP)
150 Allegheny Center Mall
Pittsburgh, PA  15212

Home Loan Services, Inc.
Bankruptcy Department, 24-040
150 Allegheny Center
Pittsburgh, PA  15212-5356

NationPoint, a Division of Nat. City Bank of IN
2150 North First Street
San Jose, CA  95131

NationPoint, a Division of Nat. City Bank of IN
150 Allegheny Center Mall
Pittsburgh, PA  15212

Bank of America, N.A.
CEO – Kenneth D. Lewis
100 North Tyron Street
Charlotte, NC  28255